Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
Attorney for Plaintiff Patricia Corbosiero

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA CORBOSIERO,<br><br>  Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., as Plan Administrator for the Universal Health Services, Inc. Group Supplemental Dependent Life and Accidental Death and Dismemberment Plan for employees of Universal Health Services, Inc. ("Plans"); HARTFORD LIFE AND ACCIDENT INSURANCE CO., as Claims Administrator for the Plans; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:16-cv-00834-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the Scheduling Order (Doc. # 20) be amended as follows:

**I.     Discovery Completed**

Defendant HARTFORD LIFE AND ACCIDENT INSURANCE CO. (HARTFORD) produced its ERISA Administrative Record (AR) to Plaintiff for her review on September 1, 2016.  Defendant UNIVERSAL HEALTH SERVICES, INC. (UHS) produced relevant documents to Plaintiff on September 14, 2016.  Plaintiff CORBOSIERO notified

UHS as to her position regarding permissible ERISA discovery on September 30, 2016.

The mediation between Plaintiff and HARTFORD scheduled for October 11, 2016 did not take place because Plaintiff was affected by Hurricane Matthew and was unable to travel to Las Vegas in time for the mediation. The mediation has now been rescheduled for January 24, 2017 with the same mediator, Honorable Lawrence Leavitt (Ret.). This was the earliest possible date that all parties and the mediator were available for the mediation.

**II.    Discovery Remaining and Reason for Request for Extension**

The current upcoming deadline for Plaintiff CORBOSIERO to notify Defendant HARTFORD as to the content of Hartford's AR and any ERISA discovery is October 25, 2016. In the interest of judicial economy, Plaintiff CORBOSIERO and Defendant HARTFORD propose that all remaining deadlines between them be extended beyond the January 24, 2017 mediation to allow for possible settlement.

Plaintiff's dispositive motion regarding her second cause of action against Defendant UHS is currently due by November 4, 2016. Plaintiff and UHS are currently attempting to resolve this claim and therefore propose that all briefing deadlines be extended 30 days.

**III.   Proposed Discovery Schedule**

**A.  Plaintiff's first cause of action against Hartford:**

Plaintiff CORBOSIERO and Defendant HARTFORD propose the following deadline extensions regarding Plaintiff's First Cause of Action against Defendant HARTFORD (Doc #20, ¶¶ III.A through III.D):

| **Description:** | **Current Deadline:** | **Proposed:** |
|---|---|---|
| Plaintiff to notify Defendant Hartford as to the content of AR and any additional discovery | 10/25/16 | 01/27/17 |
| Deadline to serve discovery that the parties agree is permissible | 11/22/16 | 02/24/17 |
| Filing of Simultaneous Discovery Motions | 12/02/16 | 03/10/17 |

| | | |
|---|---|---|
| Plaintiff's Dispositive ERISA Motion under Rule 52 and/or 56 | 12/16/16 | 03/24/17 |
| Hartford's Opposition to Dispositive Motion | 01/20/17 | 04/21/17 |
| Plaintiff's Reply | 02/03/17 | 05/05/17 |

**B. Plaintiff's second cause of action against UHS:**

Plaintiff CORBOSIERO and Defendant UHS propose a 30-day extension of their remaining deadlines (Doc #20, ¶ IV.D):

| **Description:** | **Current Deadline:** | **Proposed:** |
|---|---|---|
| Plaintiff's Dispositive Motion under Rule 52 and/or 56 | 11/04/16 | 12/02/16 |
| UHS's opposition to Dispositive Motion | 12/09/16 | 01/09/17 |
| Plaintiff's Reply | 12/30/16 | 01/30/17 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling as indicated above.

DATED: October 14, 2016          LAW OFFICE OF JULIE A. MERSCH

By:   /s/ Julie A. Mersch
JULIE A. MERSCH
jam@merschlaw.com
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Patricia Corbosiero*

DATED: October 14, 2016          FORD HARRISON

By:   /s/ Tiffany D. Downs
TIFFANY D. DOWNS
tdowns@fordharrison.com
271 17th Street NW, Ste. 1900
Atlanta, GA 30363

Eric Stryker, Esq.
eric.stryker@wilsonelser.com
Nevada Bar No. 5793
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
300 S. 4th Street, 11th Floor
Las Vegas, NV 89101

*Attorneys for Defendant UHS*

DATED: October 14, 2016         LEWIS ROCA ROTHGERBER CHRISTIE

By:   /s/ Ann-Martha Andrews
      ANN-MARTHA ANDREWS
      Aandrews@lrrc.com
      Nevada Bar No. 7585
      3993 Howard Hughes Pkwy., Ste. 600
      Las Vegas, Nevada 89169
      *Attorneys for Defendant HARTFORD*

**IT IS SO ORDERED.**

Dated this 17th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE