Ann-Martha Andrews
State Bar No. 7585
Nicole M. True
State Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel: 602.262.5707
Fax: 602.734.3764
E-mail: aandrews@lrrc.com
         ntrue@lrrc.com
*Attorneys for Defendant Hartford Life &
Accident Insurance Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA CORBOSIERO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC., as Plan Administrator for the Universal Health Services, Inc. Group Supplemental Dependent Life and Accidental Death and Dismemberment Plan for employees of Universal Health Services, Inc. ("Plans"); HARTFORD LIFE AND ACCIDENT INSURANCE CO., as Claims Administrator for the Plans; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:16-CV-00834-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** |

　　　Plaintiff Patricia Corbosiero and defendant Hartford Life and Accident Insurance Company having settled their dispute, the parties hereby stipulate that the Court shall dismiss this matter with prejudice as against defendant Hartford Life and Accident Insurance Company only.  Each party will bear its own attorneys' fees and costs.

　　　DATED this 7th day of February 2017.

100401941_1

| | | |
|---|---|---|
| 1 | LAW OFFICE OF JULIE A. MERSCH | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 2 | | |
| 3 | By:*/s/ Julie A. Mersch (with permission)*<br>JULIE A. MERSCH | By:*/s/ Ann-Martha Andrews*<br>ANN-MARTHA ANDREWS |
| 4 | Nevada Bar No. 4695<br>701 South Seventh Street | Nevada Bar No. 7585<br>NICOLE M. TRUE |
| 5 | Las Vegas, NV 89101<br>*Attorneys for Plaintiff Patricia* | Nevada Bar No. 12879<br>3993 Howard Hughes Parkway, Suite 600 |
| 6 | *Corbosiero* | Las Vegas, NV 89169-5996<br>*Attorneys for Defendant Hartford Life and* |
| 7 | | *Accident Insurance Company* |

**IT IS SO ORDERED:**

/s/ James C. Mahan

UNITED STATES DISTRICT JUDGE

DATED: February 9, 2017