Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
Attorney for Plaintiff Patricia Corbosiero

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA CORBOSIERO, | CASE NO.: 2:16-cv-00834-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT UNIVERSAL HEALTH SERVICES, INC.** |
| UNIVERSAL HEALTH SERVICES, INC., as Plan Administrator for the Universal Health Services, Inc. Group Supplemental Dependent Life and Accidental Death and Dismemberment Plan for employees of Universal Health Services, Inc. ("Plans"); HARTFORD LIFE AND ACCIDENT INSURANCE CO., as Claims Administrator for the Plans; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff Patricia Corbosiero and Defendant UNIVERSAL HEALTH SERVICES, INC., having settled their dispute, hereby stipulate that the Court shall dismiss this matter

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

with prejudice as against Defendant UNIVERSAL HEALTH SERVICES, INC. only (the other remaining Defendant Hartford having already been dismissed via separate stipulation). Each party will bear its own attorneys' fees and costs.

DATED: February 23, 2017           LAW OFFICE OF JULIE A. MERSCH

By:   /s/ Julie A. Mersch
     JULIE A. MERSCH
     jam@merschlaw.com
     Nevada Bar No.: 004695
     701 S. 7th Street
     Las Vegas, NV 89101
     *Attorney for Plaintiff Patricia Corbosiero*

DATED: February 23, 2017           FORD HARRISON

By:   /s/ Tiffany D. Downs
     TIFFANY D. DOWNS
     tdowns@fordharrison.com
     271 17th Street NW, Ste. 1900
     Atlanta, GA 30363

     Eric Stryker, Esq.
     eric.stryker@wilsonelser.com
     Nevada Bar No. 5793
     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
     300 S. 4th Street, 11th Floor
     Las Vegas, NV 89101

     *Attorneys for Defendant UNIVERSAL HEALTH SERVICES, INC., UHS*

**IT IS SO ORDERED.**

Dated this 24th day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE